IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00320-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    BRYANT VALENTI,

    Defendant.

---

**ORDER**

---

Upon motion of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and for good cause shown, it is hereby

ORDERED that Counts 2, 3 and 4 of the Indictment against the defendant, Bryant Valenti, be dismissed.

DATED this 5th day of May, 2008.

                                          BY THE COURT:

                                          s/ Edward W. Nottingham
                                          EDWARD W. NOTTINGHAM,
                                          CHIEF UNITED STATES DISTRICT JUDGE,